THE PEOPLE OF THE STATE OF NEW YORK ex rel. BER-NARD FRANKEL, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn State Prison, Respondent.

Submitted November 28, 1938; decided December 6, 1938.

*John J. Bennett, Jr., Attorney-General (Everett D. Mereness* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed because not properly taken.